IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

      Plaintiff,                      No. CIV S-07-2090 JAM CMK P

    vs.

R. WONG, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 15, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant N. Grannis, was returned unserved because "per facility no such employee can be located in their records." Process directed to defendant F. Floto, was returned unserved because "facility has no record of any such employee." Process directed to defendant P. Moench was returned unserved because "no longer at facility, no forwarding info." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

1  Once additional information sufficient to effect service is obtained, plaintiff shall notify the court
2  whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.
3  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved
4  defendants.  See Fed. R. Civ. P. 4(m).
5         Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
6  additional information sufficient to effect service on any unserved defendants and notify the court
7  once such information is ascertained.

 DATED: May 7, 2008

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE