**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT MITCHELL,                              No. CIV S-07-2090-JAM-CMK-P

          Plaintiff,

    vs.                                                    ORDER

WONG, et al.,

          Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2007, plaintiff was ordered to provide additional information to effect service on defendants Grannis, Floto and Moench.  Plaintiff has filed a response and provided additional information to effect service on defendants Grannis and Floto. Accordingly, plaintiff will be provided the required documents to effect service on these defendants.  Plaintiff is informed that action on his part is required, and this case cannot proceed against these defendants until he complies with this order.  Plaintiff will be required to complete the Notice of Submission of Documents and submit to the court the documents listed below. Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Clerk of the Court shall send plaintiff two USM-285 forms, one for

3    each defendant identified above, one summons, an instruction sheet, and a copy of the complaint

4    filed October 5, 2007; and

5        2.    Within 30 days of the date of service of this order, plaintiff shall complete

6    the attached Notice of Submission of Documents and submit the following documents to the

7    court:

8            a.    The completed Notice of Submission of Documents;

9            b.    One completed summons;

10           c.    Two completed USM-285 form(s); and

11           d.    Three copies of the endorsed complaint filed October 5, 2007.

12

13   DATED:  May 22, 2008

14

15                                     **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT MITCHELL,                         No. CIV S-07-2090-JAM-CMK-P
                    Plaintiff,

        vs.                              ORDER

WONG, et al.,
                    Defendants.

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order:

        ___1___        completed summons form;
        _____        completed USM-285 form(s); and
        _____        copies of the complaint filed on October 5, 2007.

DATED: _____          _____
                                           Plaintiff

3