IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. WONG, et al,**<br><br>　　　　　　　　　　Defendants. | 2:07-CV-2090 AHM<br><br>**ORDER GRANTING<br>EXTENSION OF TIME** |

**GOOD CAUSE APPEARING**, Defendants' request for an extension of time to conduct discovery and respond to Plaintiff's Motion to Compel is granted. Defendants have to and including June 27, 2009, to conduct discovery, and Defendants also have to and including May 16, 2009, to respond to Plaintiff's motion to compel.

**IT IS SO ORDERED.**

Dated: March 9, 2009

_____
A. HOWARD MATZ, United States District Judge

[Proposed] Order Granting Extension of Time

1