UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-2090 AHM | Date | May 19, 2009 |
| Title | ROBERT MITCHELL v. R. WONG, *ET. AL* | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS:

## I.   DISCOVERY TIME LINE

Based on an extension granted by the Court on March 10, 2009, the parties have to and including June 27, 2009 to conduct discovery. (Docket No. 39.) Pursuant to Magistrate Judge Craig Kellison's discovery order, the parties then have 60 days after the discovery cut-off date to file dispositive motions. (Docket No. 20.)

## II.   PLAINTIFF'S MOTION TO COMPEL

On February 24, 2009, plaintiff filed a motion to compel responses to interrogatories from defendant Simpson and production of documents from defendant Wong under Federal Rule of Civil Procedure, Rule 37(a)(3). (Docket No. 36.) Plaintiff served his first set of interrogatories on Simpson and his first request for production of documents on Wong on October 6, 2008. He received responses from defendants on November 24, 2008. Plaintiff is dissatisfied, however, with the completeness and clarity of defendants' responses.

Pursuant to a request for extension to respond by defendants, the Court gave defendants until May 16, 2009 to file a response. (Docket No. 39.) Defendants filed a response on May 15, 2009. (Docket No. 41). Defendants state that plaintiff has agreed to withdraw the motion to compel pending the receipt of Simpson and Wong's amended responses to plaintiff's discovery requests.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2090 AHM | Date | May 19, 2009 |
|---|---|---|---|
| Title | ROBERT MITCHELL v. R. WONG, *ET. AL* | | |

    Plaintiff appears to have withdrawn his motion to compel. He filed a request that the motion to compel be taken off calendar representing that he reached an agreement with the defendants in which they would filed amended responses. (Docket No. 42.) However, it appears that plaintiff can renew his motion to compel if he does not received amended responses from the defendants. Accordingly, the Court DENIES as moot the previously-filed motion to compel,[1] without prejudice.

IT IS SO ORDERED.

                                                                                                            :

Initials of Preparer           SMO

---

[1] Docket No. 36