JUN 2 2 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. WONG, et al,<br><br>　　　　　　　　　　Defendants. | Case No. 2:07-CV-2090 AHM<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

The Court, having considered Defendants' motion to modify the scheduling order to extend the discovery deadline to September 15, 2009, and the deadline for filing dispositive motions to November 16, 2009, and good cause having been found:

IT IS HEREBY ORDERED: The parties are granted an extension of time to and including September 15, 2009, to complete discovery and November 16, 2009, to complete and file dispositive motions.

IT IS SO ORDERED.

Dated: June 22, 2009

_____
The Honorable A. Howard Matz

1