1  MORENO & RIVERA, LLP
2  1451 River Park Drive, Suite 145
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1301

4  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168
5  Jonathan B. Paul, CSN 215884

6
   Attorneys for Defendants,
7  R. PEERY and J. FLAHERTY

8
                IN THE UNITED STATES DISTRICT COURT
9
             IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | ROBERT MITCHELL               ) | CASE NO. 2:07-cv-02090-AHM
12 |            Plaintiff,         ) |
   |                               ) | **SUBSTITUTION OF COUNSEL FOR**
13 | vs.                           ) | **DEFENDANT J. FLAHERTY**
14 | R. WONG, et al.,              ) |
15 |                               ) |
   |            Defendants.        ) |
16 |                               ) |

17     BY OUR SIGNATURES BELOW, it is hereby mutually agreed that SHANAN L.

18 HEWITT, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number

19 2:07-cv-02090-AHM, and MICHELLE L. ANGUS, Deputy Attorney General, is substituted out

20 of said case, as attorney of record for Defendant J. FLAHERTY.

21 DATED: June 25, 2009                    /s/ J. Flaherty
                                           J. FLAHERTY
22

23 I hereby agree to said substitution.    MORENO & RIVERA

24 DATED: June 22, 2009                    /s/ Shanan L. Hewitt
                                           SHANAN L. HEWITT
25

26 / / /

27 / / /

28

1

2  I hereby consent to said substitution.                    DEPUTY ATTORNEY GENERAL

3
   DATED: June 25, 2009                                      /s/ Michelle L. Angus
4                                                            MICHELLE L. ANGUS

5

6  IT IS SO ORDERED:        6/30/09

7                                                            _____
                                                             U.S. District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Robert Mitchell v. R. Wong, et al.,**
U.S. District Court, Eastern District
CASE NO. 2:07-cv-02090-AHM

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1451 River Park Dr., Suite 145, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with MORENO & RIVERA, LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**SUBSTITUTION OF COUNSEL FOR DEFENDANT J. FLAHERTY**

__X__  on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

____  on the parties in this action by causing a true copy thereof to be delivered by hand to the offices of the addressee(s).

____  on the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

____  (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

addressed as follows:

Robert Mitchell
P-87230
California State Prison- Sacramento
P.O. Box 290066
Represa, CA 95671-0066

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on June 29, 2009 at Sacramento, California.

/s/ Debra Vega
_____
DEBRA VEGA