# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2090 AHM (E.D. CAL.) | Date | August 14, 2009 |
|---|---|---|---|
| Title | ROBERT MITCHELL v. R. WONG, *ET. AL* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS:

The docket date entry for the Court's order denying the motion to dismiss for defendants Grannis and Floto was May 20, 2009. (Doc. No. 43.) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Grannis and Floto had 10 days after the entry of this order to answer the complaint. On June 15, 2009, Plaintiff requested default against Grannis and Floto. (Doc. No. 49.) Grannis and Floto have not answered the complaint.

The Court ORDERS defendants Grannis and Floto to show cause why the clerk should not enter default against them and why the Court should then not consider a default judgment against them. The Court will vacate this Order to Show Cause if the defendants answer the complaint or move to join the answer to the complaint. The defendants must show cause in writing or answer the complaint by Monday, August 31, 2009.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer