IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,** | Case No. 2:07-CV-2090 AHM |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER** |
| v. | |
| **R. WONG, et al,** | |
| Defendants. | |

The Court, having considered Defendants Apple, Beaman, Crandall, Floto, Foulk, Frohrib, Grannis, Jackson, McGuire, Van Leer, Owens, Shelton, Simpson, Vanderville and Wong's request for an extension of time to file a responsive pleading, and good cause having been found:

IT IS HEREBY ORDERED: Defendants Apple, Beaman, Crandall, Floto, Foulk, Frohrib, Grannis, Jackson, McGuire, Van Leer, Owens, Shelton, Simpson, Vanderville and Wong are granted an extension of time of forty-five days from the date the Court rules on their pending motion for judgment on the pleadings to complete and file a motion for summary judgment.

IT IS SO ORDERED.

Dated:  December 11, 2009

_____
The Honorable A. Howard Matz

1