FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL,<br><br>                         Plaintiff,<br><br>v.<br><br>R. WONG, et al,<br><br>                        Defendants. | Case No. 2:07-CV-2090 AHM<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE MOTION FOR SUMMARY JUDGMENT |

      Defendants Apple, Crandall, Simpson, and Shelton request a sixty-day extension of time to file and serve their opposition to Plaintiff's motion for summary judgment and prepare and file their cross motion for summary judgment.

      IT IS HEREBY ORDERED: Defendants Apple, Crandall, Simpson, and Shelton are granted an extension of time of sixty days, through February 6, 2011, to complete and file a cross motion for summary judgment.

IT IS SO ORDERED.

Dated: __12/16/10__                      _____
                                                                     The Honorable A. Howard Matz

SA2008302293-31154101