O

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2090 AHM (E.D. Cal.) | Date | February 23, 2011 |
|---|---|---|---|
| Title | ROBERT MITCHELL v. R. WONG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Currently pending in this case are a motion for summary judgment filed by Plaintiff Robert Mitchell, a motion for summary judgment filed by defendants Apple, Crandall, Shelton, and Simpson, and a motion for summary judgment filed by defendant Peery. The defendants have opposed Plaintiff's motion. Plaintiff has yet to file his reply in support of his motion for summary judgment or his oppositions to the two motions for summary judgment filed by the various defendants.

On February 16, 2011, Plaintiff filed a motion seeking a 120-day extension of time to file his reply in support of his motion and his oppositions to defendants' motions. The motion has not been opposed. Based on Plaintiff's representations in the accompanying declaration, the Court GRANTS his request for a 120-day extension of time.

Accordingly, the briefing schedule will be modified as follows:

**Plaintiff's Motion for Summary Judgment**
    Plaintiff's Reply due on or before July 11, 2011.

**Defendants' Motions for Summary Judgment**
    Plaintiff's Oppositions due on or before July 11, 2011.
    Defendants' Replies due on or before August 22, 2011.

/ / /

/ / /

O

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2090 AHM (E.D. Cal.) | Date | February 23, 2011 |
|---|---|---|---|
| Title | ROBERT MITCHELL v. R. WONG, et al. | | |

Once the motions have been fully briefed, the Court will take them under submission and inform the parties if a hearing is necessary.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |